# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARDNER,                                  No. 2:12-CV-1981-GEB-CMK

        Plaintiff,

  vs.                                                       ORDER

JOSHUA COLEMAN,

        Defendant.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action.  At the time the case was filed, the Clerk of the Court designated the matter a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Later, the action was re-designated as a civil pro se (non-prisoner) action given that plaintiff is not incarcerated.  At the time of re-designation, the matter was randomly assigned to the undersigned.  To avoid the necessity of plaintiff appearing in Redding, California, and consistent with the court's policy regarding direct assignment of pro se civil (non-prisoner) actions, see E. Dist. Cal. Local Rules, Appendix A, the action shall be re-assigned randomly to a

///

///

///

1  Magistrate Judge sitting in Sacramento.  The scheduling conference set for January 9, 2013, in
2  Redding, California, is vacated and shall be re-set for a later date by separate order to be issued
3  following re-assignment of this action.
4        IT IS SO ORDERED.

6   DATED: January 7, 2013

8                                              _____
                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE