UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER, | No. 2:12-cv-1981 GEB CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JOSHUA COLEMAN, | |
| Defendant. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 8, 2013, the court issued an order setting this matter for status conference on June 12, 2013. That order also directed plaintiff to file a status report no later than fourteen days prior to the status conference. The status conference was held on June 12, 2013. Plaintiff failed to appear and did not file a status report as required by the January 8, 2013 order. It appears plaintiff has abandoned this litigation. The court will therefore recommend this action be dismissed for lack of prosecution.[1]

---

[1] As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. This action was filed July 30, 2012. Defendant has not yet been served with summons. The court notes that plaintiff was directed to submit a USM-285 form to the Marshal for service of process. ECF No. 11. Contrary to that order, plaintiff submitted an improperly filled out form to the Clerk of Court, which did not provide a valid address for service of process. ECF No. 18.

1

1      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2      These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gardner1981.4m.57