UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER, | No. 2:12-cv-1981 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA COLEMAN, | |
| Defendant. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On January 8, 2013, the court issued an order setting this matter for status conference on June 12, 2013. That order also directed plaintiff to file a status report no later than fourteen days prior to the status conference. The status conference was held on June 12, 2013. Plaintiff failed to appear and did not file a status report as required by the January 8, 2013 order. Because it appeared plaintiff had abandoned this litigation the court recommended this action be dismissed for lack of prosecution.

Plaintiff filed objections in which he states his failure to appear at the status conference was due to his incarceration. The findings and recommendations will therefore be vacated.

/////

/////

/////

1

Plaintiff is cautioned that he must promptly advise the court of any changes in address and comply with all court orders, including the filing of status reports, as directed by the court. Plaintiff must also provide a proper address for service of summons on defendant.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are vacated.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint (ECF No. 7) filed August 27, 2012.

3. Within twenty-eight days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for defendant Coleman; and

   d. Two copies of the endorsed amended complaint filed August 27, 2012.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gardner1981.vac

---

[1] As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. This action was filed July 30, 2012. Defendant has not yet been served with summons. The USM-285 form previously submitted by plaintiff did not provide a valid address for service of process. ECF No. 18.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSHUA COLEMAN,<br><br>             Defendant. | No.  2:12-cv-1981 GEB CKD PS<br><br><br>ORDER |

     Plaintiff submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 form

    \_\_\_\_        copies of the _____
                                      Complaint

DATED:

                                                      _____
                                                      Plaintiff