UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER, | No. 2:12-cv-1981 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA COLEMAN, | |
| Defendant. | |

Plaintiff has filed a request to appear for deposition. By order filed July 7, 2014, plaintiff was ordered to appear for a deposition on a date to be set by defendant. ECF No. 40. Plaintiff's request appears to be an attempt to comply with the order. Accordingly, plaintiff's motion to appear for deposition (ECF No. 41) is granted.

Dated: August 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gardner.depo