1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   DENNIS GARDNER,                           No.  2:12-cv-1981 GEB CKD PS
12               Plaintiff,
13         v.                                  ORDER
14   JOSHUA COLEMAN,
15               Defendant.
16

17         Plaintiff has requested an extension of time to comply with the court's order directing
18   plaintiff to respond to discovery.  Because plaintiff had been paroled and his address had
19   changed, the order directing plaintiff to respond to discovery was not timely served on plaintiff.
20   The order was re-served on plaintiff on August 19, 2014.  Plaintiff will be granted an extension of
21   time to respond to the discovery.  Plaintiff is cautioned, however, that no further extensions will
22   be granted.  If plaintiff does not have available to him the documents associated with the instant
23   litigation due to his recent re-incarceration, plaintiff should respond to the discovery to the best of
24   his ability to recall the responsive information.
25   /////
26   /////
27   /////
28   /////

1

Accordingly, IT IS HEREBY ORDERED that no later than September 29, 2014, plaintiff shall comply with the court's July 7, 2014 order granting defendant's motion to compel.

Dated: September 15, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 gardner.eot