UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GARDNER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA COLEMAN,<br><br>        Defendant. | No. 2:12-cv-01981-GEB-CKD<br><br><br>**ORDER** |

On May 15, 2015, Plaintiff filed a one sentence document in which he requests this action be "reinstated or reopened." (ECF No. 62.) Plaintiff's conclusory request is unsupported by facts or law and is therefore denied.

Dated: May 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge